UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN BOSCO, Individually and On Behalf of all Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CANOPY GROWTH CORPORATION, MARK ZEKULIN, BRUCE LINTON, MIKE LEE, and TIM SAUNDERS,<br><br>　　　　　　Defendants. | CASE NO. 1:19-cv-11341-LAK-JLC |
| JONATHAN JAY, Individually and On Behalf of all Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, and TIM SAUNDERS,<br><br>　　　　　　Defendants. | CASE NO. 1:20-cv-00485 |

**NOTICE OF ROBERT POLLOCK'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT ROBERT POLLOCK AS LEAD PLAINTIFF, AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF <u>COUNSEL</u>**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that Robert Pollock ("Mr. Pollock" or "Movant"), by and through his undersigned counsel, will and does hereby move this Court, pursuant to Fed. R. Civ. P. 42(a), Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a), (2)

appointing Movant as Lead Plaintiff in this action, and (3) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the litigation.

In support of this Motion, Movant submits a Memorandum in Support, Declaration, and Exhibits thereto, and a [Proposed] Order granting Movant's Motion.  As set forth in the Memorandum in Support filed concurrently herewith, consolidation is appropriate pursuant to Fed. R. Civ. P. 42(a), the procedural requirements of the PSLRA have been satisfied, and Mr. Pollock is the presumptive most adequate plaintiff and further satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. As such, Movant respectfully requests this Court to consolidate the above-captioned related actions, appoint him as Lead Plaintiff in this action, and approve his selection of KSF as Lead Counsel for the Class.

DATED: January 21, 2020                           Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

/s/ Melinda A. Nicholson
Lewis S. Kahn
Melinda A. Nicholson (MN-6251)
Michael J. Palestina
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: Lewis.Kahn@ksfcounsel.com
Email: Melinda.Nicholson@ksfcounsel.com
Email: Michael.Palestina@ksfcounsel.com

-and-

J. Ryan Lopatka
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: J.Lopatka@ksfcounsel.com

*Counsel for Movant Robert Pollock and Proposed Lead Counsel for the Class*

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Melinda A. Nicholson*
Melinda A. Nicholson