# EXHIBIT 2

**Canopy Growth Securities Litigation**  
**Loss Chart for Robert Pollock**  
Class Period Begins     9/8/2017  
Class Period Ends     11/13/2019  
90-Day Lookback Ends:     2/11/2020 **Not Yet Expired**  
**90-Day Mean Trading Price:**     **19.73840898** (as of 1/20/2020)

**Partial Disclosures:**     7/3/2019  
    11/14/2019

**Account No. 1:**

| | PURCHASES: | | | | SALES: | | | GAIN or (LOSS): | |
|---|---|---|---|---|---|---|---|---|---|
| TRADE DATE: | QUANTITY: | PRICE: | (TOTAL COST): | TRADE DATE: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | | |
| 1/28/2019 | 2,000 | $ 50.70 | $ (101,400.00) | 4/8/2019 | (2,000) | $ 42.70 | $ 85,400.00 | $ (16,000.00) | |
| 1/28/2019 | 8,000 | $ 50.70 | $ (405,600.00) | 7/5/2019 | (8,000) | $ 40.30 | $ 322,400.00 | $ (83,200.00) | Dura |

**Account No. 2:**

| | PURCHASES: | | | | SALES: | | | GAIN or (LOSS): | |
|---|---|---|---|---|---|---|---|---|---|
| TRADE DATE: | QUANTITY: | PRICE: | (TOTAL COST): | TRADE DATE: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | | |
| 1/23/2019 | 6,000 | $ 43.10 | $ (258,600.00) | **HELD*** | (6,000) | 19.7384 | $ 118,430.45 | $ (140,169.55) | Dura |
| 1/28/2019 | 2,000 | $ 50.40 | $ (100,800.00) | **HELD*** | (2,000) | 19.7384 | $ 39,476.82 | $ (61,323.18) | Dura |

            **TOTAL LOSSES:**    $ (300,692.73)  
            **DURA LOSSES (1):**    $ (284,692.73)

**HELD*** = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).

**(1)** = "Dura Losses" disregards any losses for which loss causation cannot be established (*i.e.* losses from intra-class period sales made prior to any corrective disclosures matched to intra-class period purchases, rendering those losses not attributable to the alleged fraud).  See *Dura Pharm., Inc. v. Broudo*, 544 U.S. 336, 125 S. Ct. 1627 (2005).