# Exhibit 2

### Cannopy Growth Corporation (NYSE: CGC)

**Company Name**    Canopy Growth Corporation
**Ticker Symbol**    CGC
**Class Period Start**    09/08/2017
**Class Period End**    11/13/2019
**90 Day Average Price**    $19.74

| Movant | Loss |
|---|---|
| Robert Veillette | (187,508.95) |
| Ertha Nanton | (144,446.11) |
| Warren and Kathleen Mootrey | (337,245.00) |
| Michael Orndoff | (293,426.64) |
| Cathy DiBiase | (702,162.82) |
| **Total Loss** | **($1,664,789.52)** |

| Client Name | Robert Veillette |
|---|---|
| Company Name | Canopy Growth Corporation |
| Ticker Symbol | CGC |
| Security Type | |
| Class Period Start | 09-08-2017 |
| Class Period End | 11-13-2019 |
| 90-DAY Lookback Period Start | 11-14-2019 |
| 90-DAY Lookback Period End | 01-20-2020 |
| 90-DAY Lookback Average | $ 19.74 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $187,508.95 |
| *DURA LIFO* Total* | $ 187,508.95 |
| Gross Shares Purchased | 6,000.00 |
| Net Shares Retained | 6,000.00 |
| Net Funds Expended | $ 305,939.40 |

### Robert Veillette

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-01-2019 | 6000 | 50.9899 | $ 305,939.40 | | | | | | - | | 6000 | 6000 | $ 19.74 | $ 118,430.45 | $ 187,508.95 | $ 187,508.95 |
| Total: | 6,000.00 | | $ 305,939.40 | | | | | | | | 6,000.00 | 6,000.00 | | $ 118,430.45 | $ 187,508.95 | $ 187,508.95 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosures matched to intra-class period purchases.

| Client Name | Ertha Nanton |
|---|---|
| Company Name | Canopy Growth Corporation |
| Ticker Symbol | CGC |
| Security Type | |
| Class Period Start | 09-08-2017 |
| Class Period End | 11-13-2019 |
| 90-DAY Lookback Period Start | 11-14-2019 |
| 90-DAY Lookback Period End | 01-20-2020 |
| 90-DAY Lookback Average | $ 19.74 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $144,446.11 |
| DURA  LIFO* Total | $131,571.11 |
| Gross Shares Purchased | 11,300.00 |
| Net Shares Retained | 4,000.00 |
| Net Funds Expended | $223,399.75 |

**Ertha Nanton**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-12-2018 | 1000 | $49.9500 | $ 49,950.00 | 09-12-2018 | 1000 | | $ 51.20 | $ 51,200.00 | - | - | - | $ 19.74 | | -$ 1,250.00 | -$ 1,250.00 |
| 09-13-2018 | 1000 | $50.0000 | $ 50,000.00 | 09-14-2018 | 1000 | | $ 42.30 | $ 42,300.00 | - | - | - | $ 19.74 | | $ 7,700.00 | |
| 09-13-2018 | 500 | $47.2500 | $ 23,625.00 | 09-14-2018 | 500 | | $ 42.30 | $ 21,150.00 | - | - | - | $ 19.74 | | $ 2,475.00 | |
| 09-13-2018 | 1000 | $45.0000 | $ 45,000.00 | 09-14-2018 | 1000 | | $ 42.30 | $ 42,300.00 | - | - | - | $ 19.74 | | $ 2,700.00 | |
| 09-14-2018 | 300 | $45.2557 | $ 13,576.71 | 09-14-2018 | 300 | | $ 46.00 | $ 13,800.00 | - | - | - | $ 19.74 | | -$ 223.29 | -$ 223.29 |
| 09-14-2018 | 800 | $45.2500 | $ 36,200.00 | 09-14-2018 | 800 | | $ 46.00 | $ 36,800.00 | - | - | - | $ 19.74 | | -$ 600.00 | -$ 600.00 |
| 09-14-2018 | 400 | $45.2451 | $ 18,098.04 | 09-14-2018 | 400 | | $ 46.00 | $ 18,400.00 | - | - | - | $ 19.74 | | -$ 301.96 | -$ 301.96 |
| 09-14-2018 | 500 | $45.2400 | $ 22,620.00 | 09-14-2018 | 500 | | $ 46.00 | $ 23,000.00 | - | - | - | $ 19.74 | | -$ 380.00 | -$ 380.00 |
| 09-17-2018 | 400 | $48.9000 | $ 19,560.00 | 09-18-2018 | 400 | | $ 51.50 | $ 20,600.00 | - | - | - | $ 19.74 | | -$ 1,040.00 | -$ 1,040.00 |
| 09-17-2018 | 400 | $47.5000 | $ 19,000.00 | 09-18-2018 | 400 | | $ 51.50 | $ 20,600.00 | - | - | - | $ 19.74 | | -$ 1,600.00 | -$ 1,600.00 |
| 09-19-2018 | 2000 | $54.0100 | $ 108,020.00 | | | | | | - | 2000 | 2000 | $ 19.74 | $ 39,476.82 | $ 68,543.18 | $ 68,543.18 |
| 09-19-2018 | 2000 | $55.0000 | $ 110,000.00 | | | | | | - | 2000 | 2000 | $ 19.74 | $ 39,476.82 | $ 70,523.18 | $ 70,523.18 |
| 09-19-2018 | 1000 | $53.0000 | $ 53,000.00 | 09-19-2018 | 1000 | | $ 55.10 | $ 55,100.00 | - | - | - | $ 19.74 | | -$ 2,100.00 | -$ 2,100.00 |
| Total: | 11,300.00 | | $ 568,649.75 | | 7,300.00 | | | $ 345,250.00 | | 4,000.00 | 4,000.00 | | $ 78,953.64 | $ 144,446.11 | $ 131,571.11 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosures matched to intra-class period purchases.

**Loss Chart**

| Company Name | Canopy Growth Corporation | | | | |
|---|---|---|---|---|---|
| Client Name | Warren and Kathleen Mootrey | | **Combined LIFO Loss** | **($337,245.00)** | |
| Ticker Symbol | CGC | | | | |
| Class Period Start | 09/08/2017 | | | | |
| Class Period End | 11/13/2019 | | | | |

**Account 1 (Mr. Mootrey IRA)**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/10/2019 | 2,000 | $33.39 | ($66,780.00) | | | ($66,780.00) |
| 2/14/2019 | 1,500 | $46.05 | ($69,075.00) | | | ($135,855.00) |
| 5/2/2019 | 1,000 | $48.18 | ($48,180.00) | | | ($184,035.00) |
| 5/3/2019 | -1,000 | | | $49.23 | $49,230.00 | ($134,805.00) |
| 5/9/2019 | 1,000 | $46.65 | ($46,650.00) | | | ($181,455.00) |
| 8/22/2019 | 6,000 | $25.36 | ($152,160.00) | | | ($333,615.00) |
| 11/14/2019 (Post CP) | -10,500 | | | $15.84 | $166,320.00 | ($167,295.00) |
| | 0 | | | | **Subtotal** | ($167,295.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $0.00 |
| 0 | | $19.74 | | | **Total** | ($167,295.00) |

**Account 2 (Mrs. Mootrey IRA)**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/14/2019 | 1,500 | $45.81 | ($68,715.00) | | | ($68,715.00) |
| 3/13/2019 | 500 | $45.93 | ($22,965.00) | | | ($91,680.00) |
| 5/29/2019 | 2,000 | $42.83 | ($85,660.00) | | | ($177,340.00) |
| 5/29/2019 | 1,000 | $42.31 | ($42,310.00) | | | ($219,650.00) |
| | | | | | **Subtotal** | ($219,650.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $98,700.00 |
| 5,000 | | $19.74 | | | **Total** | ($120,950.00) |

**Account 3- Joint Account**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/23/2019 | 1,499 | $44.24 | ($66,315.76) | | | ($66,315.76) |
| 5/23/2019 | 501 | $44.24 | ($22,164.24) | | | ($88,480.00) |
| | | | | | **Subtotal** | ($88,480.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $39,480.00 |
| 2,000 | | $19.74 | | | **Total** | ($49,000.00) |

*Pursuant to 15 U.S.C. § 78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

## Loss Chart

| Company Name | Canopy Growth Corporation | | | | | |
|---|---|---|---|---|---|---|
| **Client Name** | Michael Orndoff | | | **Combined LIFO Loss** | **($293,426.64)** | |
| **Ticker Symbol** | CGC | | | | | |
| **Class Period Start** | 09/08/2017 | | | | | |
| **Class Period End** | 11/13/2019 | | | | | |

### Account 1

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 7/2/2019 | 7,000 | $39.70 | ($277,900.00) | | | ($277,900.00) |
| 7/2/2019 | 7,000 | $39.80 | ($278,600.00) | | | ($556,500.00) |
| | | | | | **Subtotal** | ($556,500.00) |
| **Shares Retained** | | | **90-Day Average Price** | | **Retained Shares Value** | $276,360.00 |
| 14,000 | | | $19.74 | | **Total** | ($280,140.00) |

### Account 2

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 7/2/2019 | 664 | 39.75 | ($26,394.00) | | | ($26,394.00) |
| | | | | | **Subtotal** | ($26,394.00) |
| **Shares Retained** | | | **90-Day Average Price** | | **Retained Shares Value** | $13,107.36 |
| 664 | | | $19.74 | | **Total** | ($13,286.64) |

| Client Name | Cathy DiBiase |
|---|---|
| Company Name | Canopy Growth Corporation |
| Ticker Symbol | CGC |
| Security Type | |
| Class Period Start | 09-08-2017 |
| Class Period End | 11-13-2019 |
| 90-DAY Lookback Period Start | 11-14-2019 |
| 90-DAY Lookback Period End | 01-20-2020 |
| 90-DAY Lookback Average | $ 19.74 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $50,903.27 |

| Cathy DiBiase | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | | Sales | | | | | | Retained | | | Losses |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 06-13-2019 | 7000 | $42.78 | $ 299,459.62 | 06-24-2019 | 7000 | | $ 42.67 | $ 298,696.38 | - | - | - | $ 19.85 | | $ 763.24 |
| 07-11-2019 | 10000 | $39.40 | $ 394,001.99 | 07-30-2019 | 10000 | | $ 34.83 | $ 348,329.28 | - | - | - | $ 19.85 | | $ 45,672.71 |
| 07-16-2019 | 10877 | $35.24 | $ 383,345.08 | 07-30-2019 | 10877 | | $ 34.83 | $ 378,877.76 | - | - | - | $ 19.85 | | $ 4,467.32 |
| Total: | 27,877.00 | | $ 1,076,806.69 | | 27,877.00 | | | $ 1,025,903.42 | | | | | | $ 50,903.27 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

**Cathy DiBiase**
**Transactions in CANOPY GROWTH CORPORATION (CGC) Securities**
**Class Period: 09/08/2017 and 11/13/2019, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| LIFO Losses/(Gain) Options | $39,684.45 |
|---|---|

## Options Under CGC

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 9/23/2019 | BO | 72 | CGC CALL CGC 10/18/2019 32.50 | 0.21 | $1,512.00 | |
| 9/23/2019 | BO | 100 | CGC CALL CGC 10/18/2019 32.50 | 0.21 | $2,100.00 | |
| 9/23/2019 | BO | 91 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $2,002.00 | |
| 9/23/2019 | BO | 111 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $2,442.00 | |
| 9/23/2019 | BO | 289 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $6,358.00 | |
| 9/23/2019 | BO | 64 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $1,408.00 | |
| 9/23/2019 | BO | 99 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $2,178.00 | |
| 9/23/2019 | BO | 99 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $2,178.00 | |
| 9/23/2019 | BO | 174 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $3,828.00 | |
| 9/23/2019 | BO | 373 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $8,206.00 | |
| 9/23/2019 | BO | 28 | CGC CALL CGC 10/18/2019 32.50 | 0.22 | $616.00 | |
| 10/17/2019 | SC | (1) | CGC CALL CGC 10/18/2019 32.50 | 0.01 | ($1.00) | |
| 10/21/2019 | OPTION EXPIRED | (1499) | CGC CALL CGC 10/18/2019 32.50 | | $0.00 | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 9/20/2019 | BO | 18 | CGC CALL CGC 10/18/2019 35 | 0.13 | $234.00 | |
| 9/23/2019 | BO | 50 | CGC CALL CGC 10/18/2019 35 | 0.13 | $650.00 | |
| 9/23/2019 | BO | 82 | CGC CALL CGC 10/18/2019 35 | 0.14 | $1,148.00 | |
| 9/23/2019 | BO | 200 | CGC CALL CGC 10/18/2019 35 | 0.14 | $2,800.00 | |
| 9/23/2019 | BO | 2557 | CGC CALL CGC 10/18/2019 35 | 0.14 | $35,798.00 | |
| 9/23/2019 | BO | 100 | CGC CALL CGC 10/18/2019 35 | 0.14 | $1,400.00 | |
| 9/23/2019 | BO | 58 | CGC CALL CGC 10/18/2019 35 | 0.15 | $858.40 | |
| 9/23/2019 | BO | 40 | CGC CALL CGC 10/18/2019 35 | 0.15 | $600.00 | |
| 9/23/2019 | BO | 1 | CGC CALL CGC 10/18/2019 35 | 0.15 | $15.00 | |
| 9/23/2019 | BO | 99 | CGC CALL CGC 10/18/2019 35 | 0.15 | $1,485.00 | |
| 9/23/2019 | BO | 107 | CGC CALL CGC 10/18/2019 35 | 0.15 | $1,605.00 | |
| 9/23/2019 | BO | 152 | CGC CALL CGC 10/18/2019 35 | 0.15 | $2,280.00 | |
| 9/23/2019 | BO | 36 | CGC CALL CGC 10/18/2019 35 | 0.16 | $576.00 | |
| 10/21/2019 | OPTION EXPIRED | (3500) | CGC CALL CGC 10/18/2019 35 | | $0.00 | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 177 | CGC CALL CGC 11/01/2019 23 | 0.28 | $4,956.00 | |
| 10/24/2019 | BO | 101 | CGC CALL CGC 11/01/2019 23 | 0.28 | $2,828.00 | |
| 10/24/2019 | BO | 254 | CGC CALL CGC 11/01/2019 23 | 0.28 | $7,112.00 | |
| 10/24/2019 | BO | 468 | CGC CALL CGC 11/01/2019 23 | 0.28 | $13,104.00 | |
| 10/28/2019 | SC | (157) | CGC CALL CGC 11/01/2019 23 | 0.37 | ($5,809.00) | |
| 10/28/2019 | SC | (93) | CGC CALL CGC 11/01/2019 23 | 0.37 | ($3,441.00) | |
| 10/29/2019 | SC | (250) | CGC CALL CGC 11/01/2019 23 | 0.17 | ($4,250.00) | |
| 11/4/2019 | Option Expired | (500) | CGC CALL CGC 11/01/2019 23 | | | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 56 | CGC CALL CGC 11/01/2019 23.50 | 0.22 | $1,232.00 | |
| 10/24/2019 | BO | 65 | CGC CALL CGC 11/01/2019 23.50 | 0.22 | $1,430.00 | |
| 10/24/2019 | BO | 164 | CGC CALL CGC 11/01/2019 23.50 | 0.22 | $3,608.00 | |
| 10/24/2019 | BO | 148 | CGC CALL CGC 11/01/2019 23.50 | 0.22 | $3,256.00 | |
| 10/24/2019 | BO | 99 | CGC CALL CGC 11/01/2019 23.50 | 0.22 | $2,178.00 | |
| 10/24/2019 | BO | 99 | CGC CALL CGC 11/01/2019 23.50 | 0.22 | $2,178.00 | |
| 10/24/2019 | BO | 369 | CGC CALL CGC 11/01/2019 23.50 | 0.22 | $8,118.00 | |
| 10/28/2019 | SC | (172) | CGC CALL CGC 11/01/2019 23.50 | 0.23 | ($3,956.00) | |
| 10/28/2019 | SC | (78) | CGC CALL CGC 11/01/2019 23.50 | 0.23 | ($1,794.00) | |
| 10/28/2019 | SC | (105) | CGC CALL CGC 11/01/2019 23.50 | 0.21 | ($2,205.00) | |
| 10/28/2019 | SC | (75) | CGC CALL CGC 11/01/2019 23.50 | 0.21 | ($1,575.00) | |
| 10/28/2019 | SC | (70) | CGC CALL CGC 11/01/2019 23.50 | 0.21 | ($1,470.00) | |

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|---|
| 10/31/2019 | | SC | (200) | CGC CALL CGC 11/01/2019 23.50 | 0.01 | ($200.00) | |
| 10/31/2019 | | SC | (88) | CGC CALL CGC 11/01/2019 23.50 | 0.01 | ($123.20) | |
| 10/31/2019 | | SC | (43) | CGC CALL CGC 11/01/2019 23.50 | 0.02 | ($86.00) | |
| 10/31/2019 | | SC | (127) | CGC CALL CGC 11/01/2019 23.50 | 0.02 | ($254.00) | |
| 10/31/2019 | | SC | (42) | CGC CALL CGC 11/01/2019 23.50 | 0.02 | ($84.00) | |

Options

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|---|
| 10/23/2019 | | BO | 1000 | CGC CALL CGC 11/15/2019 22.50 | 0.80 | $80,000.00 | |
| 11/8/2019 | | BO | 176 | CGC CALL CGC 11/15/2019 22.50 | 0.37 | $6,512.00 | |
| 11/8/2019 | | BO | 124 | CGC CALL CGC 11/15/2019 22.50 | 0.37 | $4,588.00 | |
| 11/12/2019 | | SC | (80) | CGC CALL CGC 11/15/2019 22.50 | 0.87 | ($6,960.00) | |
| 11/12/2019 | | SC | (37) | CGC CALL CGC 11/15/2019 22.50 | 0.87 | ($3,219.00) | |
| 11/12/2019 | | SC | (196) | CGC CALL CGC 11/15/2019 22.50 | 0.87 | ($17,052.00) | |
| 11/12/2019 | | SC | (341) | CGC CALL CGC 11/15/2019 22.50 | 0.87 | ($29,667.00) | |
| 11/12/2019 | | SC | (65) | CGC CALL CGC 11/15/2019 22.50 | 0.87 | ($5,655.00) | |
| 11/12/2019 | | SC | (111) | CGC CALL CGC 11/15/2019 22.50 | 0.87 | ($9,690.30) | |
| 11/12/2019 | | SC | (133) | CGC CALL CGC 11/15/2019 22.50 | 0.88 | ($11,704.00) | |
| 11/12/2019 | | SC | (106) | CGC CALL CGC 11/15/2019 22.50 | 0.88 | ($9,328.00) | |
| 11/12/2019 | | SC | (148) | CGC CALL CGC 11/15/2019 22.50 | 0.89 | ($13,157.20) | |
| 11/12/2019 | | SC | (83) | CGC CALL CGC 11/15/2019 22.50 | 0.89 | ($7,387.00) | |

Options

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|---|
| 10/23/2019 | | BO | 146 | CGC CALL CGC 11/15/2019 23.50 | 0.58 | $8,468.00 | |
| 10/23/2019 | | BO | 109 | CGC CALL CGC 11/15/2019 23.50 | 0.58 | $6,322.00 | |
| 10/23/2019 | | BO | 129 | CGC CALL CGC 11/15/2019 23.50 | 0.58 | $7,482.00 | |

| 10/23/2019 | BO | 416 | CGC CALL CGC 11/15/2019 23.50 | 0.59 | $24,544.00 |
| 11/12/2019 | SC | (128) | CGC CALL CGC 11/15/2019 23.50 | 0.60 | ($7,680.00) |
| 11/12/2019 | SC | (235) | CGC CALL CGC 11/15/2019 23.50 | 0.60 | ($14,100.00) |
| 11/12/2019 | SC | (312) | CGC CALL CGC 11/15/2019 23.50 | 0.60 | ($18,751.20) |
| 11/12/2019 | SC | (70) | CGC CALL CGC 11/15/2019 23.50 | 0.61 | ($4,270.00) |
| 11/12/2019 | SC | (55) | CGC CALL CGC 11/15/2019 23.50 | 0.62 | ($3,404.50) |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 157 | CGC CALL CGC 11/01/2019 24 | 0.17 | $2,611.52 | Original Price (0.22) converted from CAD to USD using exchange rate of 1.3226 |
| 10/24/2019 | BO | 93 | CGC CALL CGC 11/01/2019 24 | 0.17 | $1,546.95 | Original Price (0.22) converted from CAD to USD using exchange rate of 1.3226 |
| 11/4/2019 | Option Expired | (250) | CGC CALL CGC 11/01/2019 24 | 0.00 | $0.00 | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 500 | CGC CALL CGC 11/08/2019 24.50 | 0.20 | $10,205.62 | Original Price (0.27) converted from CAD to USD using exchange rate of 1.3228 |
| 10/24/2019 | BO | 100 | CGC CALL CGC 11/08/2019 24.50 | 0.21 | $2,116.56 | Original Price (0.28) converted from CAD to USD using exchange rate of 1.3229 |
| 11/11/2019 | Option Expired | (600) | CGC CALL CGC 11/08/2019 24.50 | | $0.00 | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 86 | CGC CALL CGC 11/15/2019 25 | 0.31 | $2,676.48 | Original Price (0.41) converted from CAD to USD using exchange rate of 1.3174 |
| 10/24/2019 | BO | 142 | CGC CALL CGC 11/15/2019 25 | 0.31 | $4,419.31 | Original Price (0.41) converted from CAD to USD using exchange rate of 1.3174 |
| 10/24/2019 | BO | 78 | CGC CALL CGC 11/15/2019 25 | 0.31 | $2,433.43 | Original Price (0.411) converted from CAD to USD using exchange rate of 1.3174 |
| 10/24/2019 | BO | 319 | CGC CALL CGC 11/15/2019 25 | 0.32 | $10,170.03 | Original Price (0.42) converted from CAD to USD using exchange rate of 1.3174 |
| 10/24/2019 | BO | 244 | CGC CALL CGC 11/15/2019 25 | 0.32 | $7,778.96 | Original Price (0.42) converted from CAD to USD using exchange rate of 1.3174 |
| 10/24/2019 | BO | 131 | CGC CALL CGC 11/15/2019 25 | 0.32 | $4,176.41 | Original Price (0.42) converted from CAD to USD using exchange rate of 1.3174 |
| 10/24/2019 | BO | 91 | CGC CALL CGC 11/15/2019 25 | 0.42 | $3,784.79 | Original Price (0.55) converted from CAD to USD using exchange rate of 1.3224 |
| 10/24/2019 | BO | 70 | CGC CALL CGC 11/15/2019 25 | 0.42 | $2,911.37 | Original Price (0.55) converted from CAD to USD using exchange rate of 1.3224 |
| 10/24/2019 | BO | 63 | CGC CALL CGC 11/15/2019 25 | 0.42 | $2,620.24 | Original Price (0.55) converted from CAD to USD using exchange rate of 1.3224 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Original Price (0.55) converted from CAD to USD |
| 10/24/2019 | BO | 26 | CGC CALL CGC 11/15/2019 25 | 0.42 | $1,081.37 | using exchange rate of 1.3224 |
| 10/28/2019 | BO | 259 | CGC CALL CGC 11/15/2019 25 | 0.57 | $14,840.70 | |
| 10/28/2019 | BO | 100 | CGC CALL CGC 11/15/2019 25 | 0.58 | $5,800.00 | |
| 10/28/2019 | BO | 44 | CGC CALL CGC 11/15/2019 25 | 0.58 | $2,552.00 | |
| 10/28/2019 | BO | 13 | CGC CALL CGC 11/15/2019 25 | 0.58 | $754.00 | |
| 10/28/2019 | BO | 82 | CGC CALL CGC 11/15/2019 25 | 0.58 | $4,756.00 | |
| 10/28/2019 | BO | 2 | CGC CALL CGC 11/15/2019 25 | 0.58 | $116.00 | |
| 10/29/2019 | BO | 54 | CGC CALL CGC 11/15/2019 25 | 0.46 | $2,484.00 | |
| 10/29/2019 | BO | 42 | CGC CALL CGC 11/15/2019 25 | 0.46 | $1,932.00 | |
| 10/29/2019 | BO | 404 | CGC CALL CGC 11/15/2019 25 | 0.46 | $18,584.00 | |
| 10/30/2019 | BO | 109 | CGC CALL CGC 11/15/2019 25 | 0.28 | $3,052.00 | |
| 10/30/2019 | BO | 65 | CGC CALL CGC 11/15/2019 25 | 0.28 | $1,839.50 | |
| 10/30/2019 | BO | 237 | CGC CALL CGC 11/15/2019 25 | 0.30 | $7,110.00 | |
| 10/30/2019 | BO | 1089 | CGC CALL CGC 11/15/2019 25 | 0.30 | $32,670.00 | |
| 10/30/2019 | BO | 552 | CGC CALL CGC 11/15/2019 25 | 0.27 | $14,904.00 | |
| 10/30/2019 | BO | 198 | CGC CALL CGC 11/15/2019 25 | 0.27 | $5,346.00 | |
| 11/8/2019 | BO | 116 | CGC CALL CGC 11/15/2019 25 | 0.14 | $1,612.40 | |
| 11/8/2019 | BO | 177 | CGC CALL CGC 11/15/2019 25 | 0.15 | $2,584.20 | |
| 11/8/2019 | BO | 227 | CGC CALL CGC 11/15/2019 25 | 0.15 | $3,405.00 | |
| 11/8/2019 | BO | 288 | CGC CALL CGC 11/15/2019 25 | 0.15 | $4,320.00 | |
| 11/8/2019 | BO | 70 | CGC CALL CGC 11/15/2019 25 | 0.15 | $1,050.00 | |
| 11/8/2019 | BO | 108 | CGC CALL CGC 11/15/2019 25 | 0.15 | $1,620.00 | |
| 11/8/2019 | BO | 174 | CGC CALL CGC 11/15/2019 25 | 0.15 | $2,610.00 | |
| 11/8/2019 | BO | 154 | CGC CALL CGC 11/15/2019 25 | 0.15 | $2,310.00 | |
| 11/8/2019 | BO | 391 | CGC CALL CGC 11/15/2019 25 | 0.16 | $6,256.00 | |
| 11/8/2019 | BO | 259 | CGC CALL CGC 11/15/2019 25 | 0.16 | $4,144.00 | |
| 11/8/2019 | BO | 200 | CGC CALL CGC 11/15/2019 25 | 0.16 | $3,200.00 | |
| 11/8/2019 | BO | 36 | CGC CALL CGC 11/15/2019 25 | 0.16 | $576.00 | |
| 11/8/2019 | BO | 54 | CGC CALL CGC 11/15/2019 25 | 0.16 | $864.00 | |
| 11/8/2019 | BO | 32 | CGC CALL CGC 11/15/2019 25 | 0.16 | $512.00 | |
| 11/8/2019 | BO | 48 | CGC CALL CGC 11/15/2019 25 | 0.16 | $768.00 | |
| 11/8/2019 | BO | 229 | CGC CALL CGC 11/15/2019 25 | 0.16 | $3,664.00 | |
| 11/8/2019 | BO | 710 | CGC CALL CGC 11/15/2019 25 | 0.16 | $11,360.00 | |
| 11/8/2019 | BO | 116 | CGC CALL CGC 11/15/2019 25 | 0.16 | $1,856.00 | |
| 11/8/2019 | BO | 39 | CGC CALL CGC 11/15/2019 25 | 0.17 | $663.00 | |
| 11/8/2019 | BO | 1222 | CGC CALL CGC 11/15/2019 25 | 0.18 | $21,996.00 | |
| 11/12/2019 | SC | (650) | CGC CALL CGC 11/15/2019 25 | 0.39 | ($25,350.00) | |
| 11/12/2019 | SC | (1) | CGC CALL CGC 11/15/2019 25 | 0.39 | ($39.00) | |
| 11/12/2019 | SC | (84) | CGC CALL CGC 11/15/2019 25 | 0.32 | ($2,688.00) | |
| 11/12/2019 | SC | (117) | CGC CALL CGC 11/15/2019 25 | 0.32 | ($3,744.00) | |
| 11/12/2019 | SC | (129) | CGC CALL CGC 11/15/2019 25 | 0.32 | ($4,128.00) | |
| 11/12/2019 | SC | (70) | CGC CALL CGC 11/15/2019 25 | 0.32 | ($2,240.00) | |
| 11/12/2019 | SC | (83) | CGC CALL CGC 11/15/2019 25 | 0.32 | ($2,656.00) | |
| 11/12/2019 | SC | (517) | CGC CALL CGC 11/15/2019 25 | 0.33 | ($17,009.30) | |
| 11/12/2019 | SC | (1000) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($35,000.00) | |
| 11/12/2019 | SC | (20) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($700.00) | |
| 11/12/2019 | SC | (1060) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($37,100.00) | |
| 11/12/2019 | SC | (920) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($32,200.00) | |
| 11/12/2019 | SC | (1000) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($35,000.00) | |
| 11/12/2019 | SC | (572) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($20,020.00) | |
| 11/12/2019 | SC | (633) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($22,155.00) | |
| 11/12/2019 | SC | (1) | CGC CALL CGC 11/15/2019 25 | 0.35 | ($35.00) | |
| 11/12/2019 | SC | (1895) | CGC CALL CGC 11/15/2019 25 | 0.28 | ($53,060.00) | |
| 11/12/2019 | SC | (68) | CGC CALL CGC 11/15/2019 25 | 0.29 | ($1,972.00) | |
| 11/12/2019 | SC | (196) | CGC CALL CGC 11/15/2019 25 | 0.29 | ($5,684.00) | |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 11/12/2019 | SC | (133) | CGC CALL CGC 11/15/2019 25 | 0.29 | ($3,910.20) | |
| 11/12/2019 | SC | (1) | CGC CALL CGC 11/15/2019 25 | 0.30 | ($30.00) | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 922 | CGC CALL CGC 11/01/2019 25 | 0.10 | $9,043.99 | Original Price (0.13) converted from CAD to USD using exchange rate of 1.3253 |
| 10/24/2019 | BO | 73 | CGC CALL CGC 11/01/2019 25 | 0.10 | $716.06 | Original Price (0.13) converted from CAD to USD using exchange rate of 1.3253 |
| 10/24/2019 | BO | 5 | CGC CALL CGC 11/01/2019 25 | 0.10 | $49.05 | Original Price (0.13) converted from CAD to USD using exchange rate of 1.3253 |
| 10/24/2019 | BO | 104 | CGC CALL CGC 11/01/2019 25 | 0.12 | $1,248.00 | |
| 10/24/2019 | BO | 99 | CGC CALL CGC 11/01/2019 25 | 0.12 | $1,188.00 | |
| 10/24/2019 | BO | 109 | CGC CALL CGC 11/01/2019 25 | 0.12 | $1,308.00 | |
| 10/24/2019 | BO | 21 | CGC CALL CGC 11/01/2019 25 | 0.12 | $252.00 | |
| 10/24/2019 | BO | 54 | CGC CALL CGC 11/01/2019 25 | 0.12 | $648.00 | |
| 10/24/2019 | BO | 67 | CGC CALL CGC 11/01/2019 25 | 0.12 | $804.00 | |
| 10/24/2019 | BO | 117 | CGC CALL CGC 11/01/2019 25 | 0.12 | $1,404.00 | |
| 10/24/2019 | BO | 80 | CGC CALL CGC 11/01/2019 25 | 0.12 | $960.00 | |
| 10/24/2019 | BO | 82 | CGC CALL CGC 11/01/2019 25 | 0.12 | $984.00 | |
| 10/24/2019 | BO | 165 | CGC CALL CGC 11/01/2019 25 | 0.12 | $1,980.00 | |
| 10/24/2019 | BO | 302 | CGC CALL CGC 11/01/2019 25 | 0.13 | $3,926.00 | |
| 10/28/2019 | SC | (66) | CGC CALL CGC 11/01/2019 25 | 0.07 | ($462.00) | |
| 10/28/2019 | SC | (126) | CGC CALL CGC 11/01/2019 25 | 0.07 | ($882.00) | |
| 10/28/2019 | SC | (50) | CGC CALL CGC 11/01/2019 25 | 0.07 | ($350.00) | |
| 10/28/2019 | SC | (74) | CGC CALL CGC 11/01/2019 25 | 0.07 | ($518.00) | |
| 10/28/2019 | SC | (91) | CGC CALL CGC 11/01/2019 25 | 0.07 | ($637.00) | |
| 10/28/2019 | SC | (67) | CGC CALL CGC 11/01/2019 25 | 0.09 | ($569.50) | |
| 10/28/2019 | SC | (26) | CGC CALL CGC 11/01/2019 25 | 0.09 | ($234.00) | |
| 10/28/2019 | SC | (118) | CGC CALL CGC 11/01/2019 25 | 0.11 | ($1,298.00) | |
| 10/28/2019 | SC | (132) | CGC CALL CGC 11/01/2019 25 | 0.11 | ($1,452.00) | |
| 10/28/2019 | SC | (500) | CGC CALL CGC 11/01/2019 25 | 0.11 | ($5,500.00) | |
| 11/4/2019 | Option Expired | (950) | CGC CALL CGC 11/01/2019 24 | 0.00 | $0.00 | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 130 | CGC CALL CGC 11/15/2019 27.50 | 0.20 | $2,654.26 | Original Price (0.27) converted from CAD to USD using exchange rate of 1.3224 |
| 10/24/2019 | BO | 54 | CGC CALL CGC 11/15/2019 27.50 | 0.20 | $1,102.54 | Original Price (0.27) converted from CAD to USD using exchange rate of 1.3224 |
| 11/12/2019 | SC | (184) | CGC CALL CGC 11/15/2019 27.50 | 0.07 | ($1,288.00) | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 25 | CGC CALL CGC 11/15/2019 30 | 0.13 | $321.31 | Original Price (0.17) converted from CAD to USD using exchange rate of 1.3227 |
| 10/24/2019 | BO | 752 | CGC CALL CGC 11/15/2019 30 | 0.13 | $9,665.08 | Original Price (0.17) converted from CAD to USD using exchange rate of 1.3227 |
| 11/12/2019 | SC | (277) | CGC CALL CGC 11/15/2019 30 | 0.11 | ($3,047.00) | |
| 11/12/2019 | SC After CP | (258) | CGC CALL CGC 11/15/2019 30 | 0.10 | ($2,580.00) | |
| 11/18/2019 | Option Expired | (242) | CGC CALL CGC 11/15/2019 30 | 0.00 | $0.00 | |

Options

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|---|
| | 11/12/2019 | BO | 52 | CGC PUT CGC 11/15/2019 17.50 | 0.33 | $1,716.00 | |
| | 11/12/2019 | BO | 698 | CGC PUT CGC 11/15/2019 17.50 | 0.33 | $23,034.00 | |
| | After CP | | | | | | |
| | 11/14/2019 | SC | (711) | CGC PUT CGC 11/15/2019 17.50 | 0.42 | ($29,862.00) | |
| | 11/14/2019 | SC | (38) | CGC PUT CGC 11/15/2019 17.50 | 0.42 | ($1,596.00) | |
| | 11/14/2019 | SC | (1) | CGC PUT CGC 11/15/2019 17.50 | 0.42 | ($42.00) | |

Options

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|---|
| | 11/12/2019 | BO | 80 | CGC PUT CGC 11/22/2019 19 | 0.84 | $6,744.00 | |
| | 11/12/2019 | BO | 20 | CGC PUT CGC 11/22/2019 19 | 0.85 | $1,700.00 | |
| | After CP | | | | | | |
| | 11/14/2019 | SC | (100) | CGC PUT CGC 11/22/2019 19 | 1.34 | ($13,400.00) | |

**Cathy DiBiase**
**Transactions in CANOPY GROWTH CORPORATION (CGC) Securities**
**Class Period: 09/08/2017 and 11/13/2019, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | | LIFO Losses/(Gain) Options | $611,575.10 |
|---|---|---|---|

## Options Under WEED

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 6/25/2019 | BO | 143 | WEED CALL WEED 07/19/2019 60 | 0.65 | $9,226.86 | Original Price (0.85) converted from CAD to USD using daily exchange rate 0.7591 |
| 6/25/2019 | BO | 153 | WEED CALL WEED 07/19/2019 60 | 0.65 | $9,872.10 | Original Price (0.85) converted from CAD to USD using daily exchange rate 0.7591 |
| 6/25/2019 | BO | 168 | WEED CALL WEED 07/19/2019 60 | 0.65 | $10,839.95 | Original Price (0.85) converted from CAD to USD using daily exchange rate 0.7591 |
| 6/25/2019 | BO | 36 | WEED CALL WEED 07/19/2019 60 | 0.65 | $2,322.85 | Original Price (0.85) converted from CAD to USD using daily exchange rate 0.7591 |
| 7/22/2019 | OPTION EXPIRED | (500) | WEED CALL WEED 07/19/2019 60 | 0.00 | $0.00 | Original Price (0) converted from CAD to USD using daily exchange rate 0.7632 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 8/16/2019 | BO | 955 | WEED CALL WEED 08/16/2019 38 | 0.19 | $17,970.71 | Original Price (0.25) converted from CAD to USD using daily exchange rate 0.7527 |
| 8/16/2019 | BO | 45 | WEED CALL WEED 08/16/2019 38 | 0.19 | $846.79 | Original Price (0.25) converted from CAD to USD using daily exchange rate 0.7527 |
| 8/19/2019 | SC | (66) | WEED CALL WEED 08/16/2019 38 | 0.01 | ($49.63) | Original Price (0.01) converted from CAD to USD using daily exchange rate 0.752 |
| 8/19/2019 | SC | (505) | WEED CALL WEED 08/16/2019 38 | 0.01 | ($531.66) | Original Price (0.014) converted from CAD to USD using daily exchange rate 0.752 |
| 8/19/2019 | SC | (361) | WEED CALL WEED 08/16/2019 38 | 0.10 | ($3,556.28) | Original Price (0.131) converted from CAD to USD using daily exchange rate 0.752 |
| 8/19/2019 | SC | (68) | WEED CALL WEED 08/16/2019 38 | 0.19 | ($1,288.63) | Original Price (0.252) converted from CAD to USD using daily exchange rate 0.752 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 8/13/2019 | BO | 410 | WEED CALL WEED 08/16/2019 50 | 0.23 | $9,292.65 | Original Price (0.3) converted from CAD to USD using daily exchange rate 0.7555 |
| 8/13/2019 | BO | 1290 | WEED CALL WEED 08/16/2019 50 | 0.23 | $29,237.85 | Original Price (0.3) converted from CAD to USD using daily exchange rate 0.7555 |
| 8/13/2019 | BO | 1328 | WEED CALL WEED 08/16/2019 50 | 0.23 | $30,099.12 | Original Price (0.3) converted from CAD to USD using daily exchange rate 0.7555 |
| 8/14/2019 | BO | 61 | WEED CALL WEED 08/16/2019 50 | 0.38 | $2,291.47 | Original Price (0.5) converted from CAD to USD using daily exchange rate 0.7513 |
| 8/14/2019 | SC | (500) | WEED CALL WEED 08/16/2019 50 | 0.45 | ($22,539.00) | Original Price (0.6) converted from CAD to USD using daily exchange rate 0.7513 |
| 8/15/2019 | SC | (1672) | WEED CALL WEED 08/16/2019 50 | 0.04 | ($6,399.66) | Original Price (0.051) converted from CAD to USD using daily exchange rate 0.7505 |
| 8/15/2019 | SC | (593) | WEED CALL WEED 08/16/2019 50 | 0.06 | ($3,471.36) | Original Price (0.078) converted from CAD to USD using daily exchange rate 0.7505 |
| 8/15/2019 | SC | (237) | WEED CALL WEED 08/16/2019 50 | 0.13 | ($3,183.85) | Original Price (0.179) converted from CAD to USD using daily exchange rate 0.7505 |
| 8/15/2019 | SC | (87) | WEED CALL WEED 08/16/2019 50 | 0.19 | ($1,632.34) | Original Price (0.25) converted from CAD to USD using daily exchange rate 0.7505 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 8/13/2019 | BO | 877 | WEED CALL WEED 08/16/2019 52 | 0.15 | $13,251.47 | Original Price (0.2) converted from CAD to USD using daily exchange rate 0.7555 |
| 8/13/2019 | BO | 21 | WEED CALL WEED 08/16/2019 52 | 0.15 | $317.31 | Original Price (0.2) converted from CAD to USD using daily exchange rate 0.7555 |
| 8/15/2019 | SC | (481) | WEED CALL WEED 08/16/2019 52 | 0.03 | ($1,443.96) | Original Price (0.04) converted from CAD to USD using daily exchange rate 0.7505 |
| 8/15/2019 | SC | (417) | WEED CALL WEED 08/16/2019 52 | 0.06 | ($2,628.85) | Original Price (0.084) converted from CAD to USD using daily exchange rate 0.7505 |

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|---|
| | 9/5/2019 | BO | 3523 | WEED CALL WEED 09/20/2019 40 | 0.15 | $53,267.76 | Original Price (0.2) converted from CAD to USD using daily exchange rate 0.756 |
| | 9/10/2019 | SC | (3337) | WEED CALL WEED 09/20/2019 40 | 0.19 | ($63,428.03) | Original Price (0.25) converted from CAD to USD using daily exchange rate 0.7603 |
| | 9/10/2019 | SC | (166) | WEED CALL WEED 09/20/2019 40 | 0.29 | ($4,896.94) | Original Price (0.388) converted from CAD to USD using daily exchange rate 0.7603 |
| | 9/10/2019 | SC | (20) | WEED CALL WEED 09/20/2019 40 | 0.30 | ($608.24) | Original Price (0.4) converted from CAD to USD using daily exchange rate 0.7603 |
| | 9/18/2019 | BO | 273 | WEED CALL WEED 09/20/2019 40 | 0.18 | $4,895.79 | Original Price (0.238) converted from CAD to USD using daily exchange rate 0.7535 |
| | 9/18/2019 | BO | 302 | WEED CALL WEED 09/20/2019 40 | 0.22 | $6,644.66 | Original Price (0.292) converted from CAD to USD using daily exchange rate 0.7535 |
| | 9/18/2019 | BO | 1915 | WEED CALL WEED 09/20/2019 40 | 0.23 | $43,288.58 | Original Price (0.3) converted from CAD to USD using daily exchange rate 0.7535 |
| | 9/18/2019 | BO | 10 | WEED CALL WEED 09/20/2019 40 | 0.23 | $226.05 | Original Price (0.3) converted from CAD to USD using daily exchange rate 0.7535 |
| | 9/23/2019 | Option Expired | (2500) | WEED CALL WEED 09/20/2019 40 | 0.00 | $0.00 | Original Price (0) converted from CAD to USD using daily exchange rate 0.7536 |

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|---|
| | 9/20/2019 | BO | 275 | WEED CALL WEED 10/18/2019 42 | 0.45 | $12,263.72 | Original Price (0.592) converted from CAD to USD using daily exchange rate 0.7533 |
| | 9/20/2019 | BO | 4425 | WEED CALL WEED 10/18/2019 42 | 0.49 | $216,001.24 | Original Price (0.648) converted from CAD to USD using daily exchange rate 0.7533 |
| | 9/20/2019 | BO | 300 | WEED CALL WEED 10/18/2019 42 | 0.49 | $14,689.35 | Original Price (0.65) converted from CAD to USD using daily exchange rate 0.7533 |
| | 10/21/2019 | OPTION EXPIRED | (5000) | WEED CALL WEED 10/18/2019 42 | 0.00 | $0.00 | Original Price (0) converted from CAD to USD using daily exchange rate 0.7636 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 9/20/2019 | BO | 275 | WEED CALL WEED 10/18/2019 42 | 0.45 | $12,263.72 | Original Price (0.592) converted from CAD to USD using daily exchange rate 0.7533 |
| 9/20/2019 | BO | 4425 | WEED CALL WEED 10/18/2019 42 | 0.49 | $216,001.24 | Original Price (0.648) converted from CAD to USD using daily exchange rate 0.7533 |
| 9/20/2019 | BO | 300 | WEED CALL WEED 10/18/2019 42 | 0.49 | $14,689.35 | Original Price (0.65) converted from CAD to USD using daily exchange rate 0.7533 |
| 10/21/2019 | OPTION EXPIRED | (5000) | WEED CALL WEED 10/18/2019 42 | 0.00 | $0.00 | Original Price (0) converted from CAD to USD using daily exchange rate 0.7636 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/24/2019 | BO | 112 | WEED CALL WEED 11/15/2019 32 | 0.44 | $4,959.58 | Original Price (0.579) converted from CAD to USD using daily exchange rate 0.7648 |
| 10/24/2019 | BO | 190 | WEED CALL WEED 11/15/2019 32 | 0.46 | $8,718.72 | Original Price (0.6) converted from CAD to USD using daily exchange rate 0.7648 |
| 10/24/2019 | BO | 168 | WEED CALL WEED 11/15/2019 32 | 0.46 | $7,709.18 | Original Price (0.6) converted from CAD to USD using daily exchange rate 0.7648 |
| 11/12/2019 | SC | (200) | WEED CALL WEED 11/15/2019 32 | 0.38 | ($7,560.00) | Original Price (0.5) converted from CAD to USD using daily exchange rate 0.756 |
| 11/12/2019 | SC | (270) | WEED CALL WEED 11/15/2019 32 | 0.34 | ($9,072.00) | |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 8/15/2019 | BO | 97 | WEED PUT WEED 08/16/2019 40 | 0.75 | $7,279.85 | Original Price (1) converted from CAD to USD using daily exchange rate 0.7505 |
| 8/16/2019 | SC | (81) | WEED PUT WEED 08/16/2019 40 | 1.51 | ($12,193.74) | Original Price (2) converted from CAD to USD using daily exchange rate 0.7527 |
| 8/16/2019 | SC | (16) | WEED PUT WEED 08/16/2019 40 | 1.51 | ($2,408.64) | Original Price (2) converted from CAD to USD using daily exchange rate 0.7527 |