UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN BOSCO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOPY GROWTH CORPORATION, MARK ZEKULIN, BRUCE LINTON, MIKE LEE, and TIM SAUNDERS,<br><br>Defendants. | Case No.  1:19-cv-11341-LAK |

NOTICE OF VOLUNTARY DISMISSAL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Bosco v. Canopy Growth Corporation et al.*, No. 1:19-cv-11341-LAK, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Steven Bosco hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  January 29, 2020                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　POMERANTZ LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Lieberman*
　　　　　　　　　　　　　　　　　　　　Jeremy A. Lieberman
　　　　　　　　　　　　　　　　　　　　J. Alexander Hood II
　　　　　　　　　　　　　　　　　　　　600 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 661-1100
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 661-8665
　　　　　　　　　　　　　　　　　　　　Email: jalieberman@pomlaw.com
　　　　　　　　　　　　　　　　　　　　Email: ahood@pomlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Steven Bosco*